**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01163-CR

**MORRIS EDWARD SNEED JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-71684-Y**

## ORDER

The Court **DENIES** appellant's May 29, 2014 motion to supplement the record.


/s/  DAVID EVANS
    JUSTICE